UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS REYNOLDS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-01185 |
| | § | |
| E TRANSPORT CARRIERS and PHB INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties filed with the Court their Joint Stipulation of Dismissal Without Prejudice (the "Stipulation"). The Court having considered the stipulation, it is hereby

**ORDERED** that Plaintiffs' causes of action against Defendant E-Transport Carriers, LLC are hereby **DISMISSED WITHOUT PREJUDICE**, with attorneys' fees and costs to be paid by the party incurring same.

SIGNED at Houston, Texas, this  17th  day of  January , 2018.

4819-5175-2537, v. 1

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE