IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS REYNOLDS, § § § § § § § § § | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. H-17-1185 |
| E TRANSPORT CARRIERS and PHB INC., | |
| Defendants. | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute. Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **April 23, 2018**, that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 21st day of **March, 2018**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE